Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS PC**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Nevada Property 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELYN BURKE, individually<br><br>Plaintiff,<br><br>v.<br><br>NEVADA PROPERTY 1, LLC, d/b/a THE COSMOPOLITAN OF LAS VEGAS, a foreign limited liability Company<br><br>Defendants. | Case No. 2:14-cv-01220-APG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JACQUELYN BURKE and NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

1  Further, this Court shall retain jurisdiction over any disputes arising out of the court-facilitated resolution of this matter.

Dated: March 19, 2015

Dated: March 19TH, 2015

*/s/ Lisa A. McClane*
Elayna J. Youchah
Lisa A. McClane
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169

Attorneys for Defendant

*/s/ Corrine P. Murphy*
Corrine P. Murphy
720 S. Seventh St., Third Floor
Las Vegas, NV 89101

Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: March 25, 2015.

_____
UNITED STATES DISTRICT JUDGE

4828-1706-1665, v. 1

JACKSON LEWIS LLP
LAS VEGAS

-2-